FILED

2007 SEP 25  PM 2: 47

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____αρ_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSEVERANDA GOINS, an individual; MARIE AFICIAL, an individual; and ANTONIA TORRES, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> YOUR FINANCIAL RESOURCE, INC., a California Corporation, doing business as ACE Cash Express; ACE CASH EXPRESS, INC., A TEXAS CORPORATION, doing business as ACE Cash Express; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 05cv1340-W(CAB) <br><br> **ORDER GRANTING JOINT MOTION TO RESCHEDULE PRETRIAL DATES AND SETTING PRETRIAL CONFERENCE FOR NOV. 26, 2007** |

This Stipulated Order is based on the following facts:

1.    Plaintiffs Perseveranda Goins, Marie Aficial, and Antonia Torres filed this action as a alleged class action on June 1, 2005, in a Complaint that alleges five separate causes of action;

2.    On September 14, 2006, this Court entered its Order Denying Plaintiffs' Motion for Class Certification as to all five causes of action in the Complaint;

3.    On December 21, 2006, the Ninth Circuit Court of Appeals entered its order denying Plaintiffs' Petition for permission to pursue an appeal from this Court's

1 Order regarding class certification;

2     4.     On June 6, 2007, this Court entered its Order Dismissing all claims by

3 Plaintiff Antonia Torres in the Fifth Cause of Action against Ace Cash Express, Inc.

4 ("ACE") with prejudice.

5     5.     Since June 2007, the Parties have been conducting discovery and

6 discussing whether any resolution of the remaining claims is feasible;

7     6.     On August 13, 2007, Plaintiffs Perseveranda Goins and Marie Aficial

8 filed their Motion For Remand;

9     7.     Throughout the week of August 27, 2007, the Parties met and conferred

10 both telephonically and in person about the Motion For Remand and about possible

11 resolution of this action;

12     8.     On September 7, 2007 this Court entered an Order Continuing the

13 hearing on Plaintiffs' Motion For Remand to October 15, 2007, so that Plaintiffs' and

14 ACE's counsel may continue to consult with their clients;

15     9.     The following Discovery and Other Pretrial Proceedings set forth

16 deadlines have been set by the Court:

| | |
|---|---|
| September 14, 2007 | Counsel shall meet and take the action required by Local Rule 16.1(f)(4) |
| September 17, 2007 | Lodge and serve Fed. R. Civ. P. 26(a)(3) the proposed final pretrial conference order |
| September 17, 2007 | Serve and lodge informal letter briefs stating factual summary of case, information regarding the date and length of trial, witnesses, exhibits, motion in limine, jury instructions, voir dire issues, and any other pertinent issues to be considered for the pretrial conference |
| September 24, 2007 | Final pretrial conference (10:30 a.m.). |

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

1       10.    So that Plaintiffs' and ACE's counsel may consult with their clients

2  regarding a possible resolution of this case, the parties now wish to stipulate to an

3  extension to the Discovery and Other Pretrial Proceedings deadlines to the following:

| | |
|---|---|
| October 29, 2007 | Counsel shall meet and take the action required by Local Rule 16.1(f)(4) |
| November 1, 2007 | Lodge and serve Fed. R. Civ. P. 26(a)(3) the proposed final pretrial conference order |
| November 1, 2007 | Serve and lodge informal letter briefs stating factual summary of case, information regarding the date and length of trial, witnesses, exhibits, motion in limine, jury instructions, voir dire issues, and any other pertinent issues to be considered for the pretrial conference |
| November 8, 2007 | Final pretrial conference (10:30 a.m.). |

14       11.    The Parties agree that good cause exists to grant this extension.

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27

28

**ORDER**

GOOD CAUSE APPEARING, the Discovery and Other Pretrial Proceedings deadlines shall be as follows:

| | |
|---|---|
| Oct. 29, 2007 | Counsel shall meet and take the action required by Local Rule     16.1(f)(4) |
| Nov. 1, 2007 | Lodge and serve Fed. R. Civ. P. 26(a)(3) the proposed final pretrial conference order |
| Nov. 12, 2007 | Serve and lodge informal letter briefs stating factual summary of case, information regarding the date and length of trial, witnesses, exhibits, motions in limine, jury instructions, voir dire issues, and any other pertinent issues to be considered for the pretrial conference |
| **Nov. 26, 2007** | Final pretrial conference (10:30 a.m.) |

**IT IS SO ORDERED.**

DATED:    September 25, 2007

_____
Hon. Thomas J. Whelan
United States District Court

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

KNLH\485247.1

-4-

05cv1340-W(CAB)
STIPULATION FOR EXTENSION TO SUBMIT
PROPOSED NEW PRETRIAL DATES;
ORDER THEREON