1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSEVERANDA GOINS, et al., | CASE NO.05-CV-1340 W (CAB) |
| Plaintiffs, | **ORDER GRANTING** |
| v. | **MOTION TO REMAND** |
| YOUR FINANCIAL RESOURCE, INC., et al., | |
| Defendants. | |

On July 1, 2005, the court received a notice of removal from the San Diego County Superior Court. On August 13, 2007, Plaintiff Perseveranda Goins moved to remand this case. To date, the court has received no opposition from any defendant. Under chambers rules, failure to oppose a motion constitutes consent to granting the motion. Thus, the court hereby **GRANTS** the motion to remand for the reasons explained in Goins's motion. The Clerk shall close the case file.

**IT IS SO ORDERED.**

DATED: October 12, 2007

Hon. Thomas J. Whelan
United States District Judge